IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VOJTECH DVORAK and JANA DVORAKOVA, husband and wife,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY INSURANCE COMPANY, d/b/a AAA Insurance,<br><br>　　　　　　Defendant. | CASE NO: 18-cv-00322-CVE-FHM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　　Pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., Plaintiffs, Vojtech Dvorak and Jana Dvorakova, by and through their attorney Ryan J. Fulda of Schaffer Herring PLLC, and Defendant CSAA Fire and Casualty Insurance Company, d/b/a AAA Insurance, through its attorney of record, Gerard F. Pignato of Pignato Cooper Kolker & Roberson PC, hereby stipulate a joint dismissal with prejudice of the above styled-lawsuit.

　　　　Respectfully submitted,

/s/ Ryan J. Fulda
Ryan J. Fulda, OBA #21184
SCHAFFER HERRING PLLC
7134 S. Yale, Ste. 300
Tulsa, OK 74136
Telephone: (918) 550-8105
Facsimile: (918) 550-8106

*Attorney for Plaintiffs*

/s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
PIGNATO COOPER KOLKER
& ROBERSON PC
119 N. Robinson Ave., 11th Floor
Oklahoma City, OK 73102
Telephone:　405-606-3333
Facsimile:　405-606-3334
Email: jerry@pclaw.org

*Attorney for Defendant*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I transmitted the foregoing document via electronic mail to:

Gerard F. Pignato, OBA No. 11473
PIGNATO COOPER KOLKER
& ROBERSON PC
119 N. Robinson Ave., 11th Floor
Oklahoma City, OK 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email: jerry@pclaw.org


    /s/ Ryan J. Fulda